# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand and sixteen.

Before:      Raymond J. Lohier, Jr.,
                 *Circuit Judge.*

_____

ACME American Refrigeration, Inc., Acme American Repairs, Incorporated, Acme American Environmental Co., Inc.,

       Plaintiffs -Counter - Defendants - Appellants,

ACME Commerical Kitchen Design, Inc., ACME Pacific Repairs, Inc., Bana Parts, Inc., Bana Parts Commercial Kitchen, Inc.,

       Plaintiffs,

v.

Pearl Katzenberg, FKA Pearl Feuer, Harvey Katzenberg,

       Defendants - Counter - Claimants - Appellees,

Law Office of Vincent D. McNamara,

       Appellee.

_____

ACME Commerical Kitchen Design, Inc., ACME Pacific Repairs, Inc., Bana Parts, Inc., Bana Parts Commercial Kitchen, Inc.,

       Plaintiffs - Appellees,

ACME American Refrigeration, Inc., Acme American Environmental Co., Inc., Acme American Repairs, Incorporated,

**ORDER**

Docket No. 15-3419

Docket No. 16-741

    Plaintiffs - Counter - Defendants - Appellees,

v.

Pearl Katzenberg, AKA Pearl Feuer, Harvey Katzenberg,

    Defendants - Counter - Claimants - Appellees,

v.

Law Office of Vincent D. McNamara,

    Movant - Appellant.
_____

  The Law Office of Vincent D. McNamara moves to consolidate the above-captioned appeals. It also requests that the Court permit the joint appendix to be supplemented with the documents entered on the district court docket between the October 23, 2015 Notice of Appeal by the Acme companies and the March 10, 2016 Notice of Cross Appeal by the McNamara Firm from the February 26, 2016 judgment on the decision subject to appeal in 15-3419.

  IT IS HEREBY ORDERED that the motion is GRANTED.

          For the Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court